

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DASHAWN L. SUMRALL                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 1:14-cv-221-LG-JCG

FREDERICK CORSO, In His Individual and Official Capacities;
JOSEPH TUTEN, In His Individual and Official Capacities; SHERIFF MELVIN
BRISOLARA; In His Individual and
Official Capacities; HARRISON COUNTY,
MISSISSIPPI, SHERIFF'S DEPARTMENT;
HARRISON COUNTY, MISSISSIPPI; and
JOHN DOES 1 - 5                                                                       DEFENDANTS

## AGREED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the *ore tenus* Motion of the parties to dismiss this action with prejudice as to all Defendants, and the Court having been advised that the Plaintiff seeks dismissal of all claims against Defendants, Sheriff Melvin Brisolara, Frederick Corso and Joseph Tuten, in their individual and official capacities, and Harrison County, Mississippi, with prejudice, is of the opinion that said Motion is well-taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED that all claims raised by Plaintiff against Defendants, Sheriff Melvin Brisolara, Frederick Corso and Joseph Tuten, in their individual and official capacities, and Harrison County, Mississippi are dismissed, with prejudice. It is, further,

ORDERED AND ADJUDGED that Defendants, Sheriff Melvin Brisolara, Frederick Corso and Joseph Tuten, in their individual and official capacities, and Harrison County, Mississippi are hereby fully and finally dismissed from this cause.

SO ORDERED AND ADJUDGED this the 20th day of July, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

*Prepared by:*
Haley Broom, MSB #101838
Drury S. Holland, MSB #104371
DUKES, DUKES, KEATING AND FANECA, P.A.
2909 13th Street, Sixth Floor
Post Office Drawer W
Gulfport, Mississippi 39502

*Agreed:*

_____
Scott Smith, Esq.
Scott D. Smith, Attorney at Law, PLLC
P.O. Box 4603
Biloxi, MS 39533
   *Attorney for Releasor*

_____
Stephen B. Simpson, Esq.
9004 Victoria Circle
Gulfport, Mississippi 39503
   *Attorney for Releasor*

_____
Tim C. Holleman
1720 23rd Avenue
Gulfport, Mississippi 39501
   *Attorney for Harrison County*

_____
Haley N. Broom, Esq.
Dukes, Dukes, Keating & Faneca, P.A.
2909 13th Street, Sixth Floor
Post Office Drawer W
Gulfport, Mississippi 39502
  *Attorney for Sheriff Melvin Brisolara*

_____
Christopher E. Smith
2600 13th Street, Suite 202
Gulfport, Mississippi 39501
  *Attorney for Frederick Corso*

_____
Edward O. Miller
Post Office Box 370
Gulfport, Mississippi 39502
  *Attorney for Joseph Tuten*